UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) |
| SCHAHIN II FINANCE COMPANY (SPV) | ) |
| LIMITED,[1] | ) Case No. 18- 12964-mew |
| | ) |
| | ) |
| Debtor in a Foreign Proceeding. | ) Chapter 15 |
| _____ | ) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Jane Sullivan, being duly sworn, deposes and says, under the penalty of perjury:

1. I am an Executive Vice President at Epiq Bankruptcy Solutions, LLC ("Epiq"), located at 777 Third Avenue, New York, New York 10017. I am authorized to submit this affidavit on Epiq's behalf. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I supervised service of the following material in accordance with paragraph 6 of the Order Pursuant To Federal Rules Of Bankruptcy Procedure 2002(m), 2002(q), 9006(c)(1) And 9007 Scheduling Hearing On Recognition Of Foreign Main Proceeding And Specifying Form And Manner Of Service Of Notice [Dkt. No. 7]:

    a. Notice of Filing and of Hearing on Petition Seeking Recognition of Foreign Proceeding and Related Relief Pursuant to Chapter 15 of the United States Bankruptcy Code (the "Notice") a copy of which is attached hereto as Exhibit 1;

---

[1] Schahin II Finance Company (SPV) Limited is the debtor in this chapter 15 case (the "Chapter 15 Case"). Schahin II Finance Company (SPV) Limited is a Cayman Islands exempted limited liability company with registration number 266840. The location of Schahin II Finance Company (SPV) Limited's registered office is 2nd Floor, Boundary Hall, Cricket Square, PO Box 2681, Grand Cayman, KY1-1111, Cayman Islands.

4057787

3. On October 2, 2018, I caused true and correct copies of the aforementioned document to be served as follows:

   a. the Notice was served via electronic mail service to the International Depositories listed on <u>Exhibit 2</u> hereto;

   b. the Notice was served via next business day and electronic mail service to the Depository Trust Company listed on <u>Exhibit 3</u> hereto;

   c. the Notice was served via next business day service on the financial institutions that hold accounts with the DTC ("<u>Account Holders</u>") listed on <u>Exhibit 4</u> hereto and delivered via electronic mail on <u>Exhibit 5</u> hereto. The Account Holders listed on Exhibit 4 were provided with instructions and with sufficient quantities to distribute the aforementioned documents to the beneficial holders of the bonds;

   d. the Notice was served via next business day service to the mailing agents listed on <u>Exhibit 6</u> hereto.

4. The Notice and all other filings in this Chapter 15 case are also available on the Chapter 15 Website: https://dm.epiq11.com/S2FCSPVCh15.

[Remainder of page intentionally left blank.]

4057787

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

*Jane Sullivan*
Jane Sullivan
Executive Vice President
Epiq Bankruptcy Solutions, LLC

SUBSCRIBED AND SWORN TO BEFORE ME
this 5th day of October 2018.

_____
Notary Public

REGINA AMPOFRO
Notary Public, State of New York
No. 01AM4064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2020

3

4057787

# **Exhibit 1**

**PORZIO, BROMBERG & NEWMAN, P.C.**
156 West 56th Street, Suite 803
New York, New York 10019
Telephone: (212) 265-6888
Facsimile: (212) 957-3983
John S. Mairo
Kelly D. Curtin
Sean F. Reid
*Attorneys for Conyers Directors (Cayman) Ltd., as Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | |
| SCHAHIN II FINANCE COMPANY (SPV) ) | |
| LIMITED,[1] ) | Case No. 18- 12964-mew |
| ) | |
| ) | |
| Debtor in a Foreign Proceeding. ) | Chapter 15 |
| ) | |

**NOTICE OF FILING AND OF HEARING ON PETITION SEEKING
RECOGNITION OF FOREIGN PROCEEDING AND RELATED RELIEF PURSUANT
TO CHAPTER 15 OF THE UNITED STATES BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on September 27, 2018, Conyers Directors (Cayman) Ltd., in its capacity as the duly appointed foreign representative (the "Foreign Representative") of Schahin II Finance Company (SPV) Limited ("Debtor" or "Issuer") in connection with a proceeding (the "Cayman Proceeding") commenced under Part IV of the Cayman Islands Companies Law, as modified, amended or re-enacted from time to time and pending before the Grand Court of the Cayman Islands (the "Cayman Court"), filed the *Voluntary Chapter 15 Petition* [Dkt. No. 1] and *Verified Petition for Recognition of a Foreign Main Proceeding and Certain Related Relief* [Dkt. No. 2] (together, the "Petition")[2] in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") pursuant to chapter 15 of title 11 of the United States Code (as amended, the "Bankruptcy Code") commencing a case ancillary to the Cayman Proceeding.

**PLEASE TAKE FURTHER NOTICE** that, among other things, the Petition seeks the entry of an order granting: (i) recognition of the Cayman Proceeding currently pending before

---

[1] Schahin II Finance Company (SPV) Limited is the debtor in this chapter 15 case (the "Chapter 15 Case"). Schahin II Finance Company (SPV) Limited is a Cayman Islands exempted limited liability company with registration number 266840. The location of Schahin II Finance Company (SPV) Limited's registered office is 2nd Floor, Boundary Hall, Cricket Square, PO Box 2681, Grand Cayman, KY1-1111, Cayman Islands.

[2] Capitalized terms used but not defined herein shall have the meanings assigned to them in the Petition.

1

3969097

the Cayman Court as a "foreign main proceeding" as such term is defined in chapter 15 of the Bankruptcy Code; (ii) enforcement of a scheme of arrangement (the "Scheme") in the United States; and (iii) related relief in aid thereof.

**PLEASE TAKE FURTHER NOTICE** that a hearing has been scheduled before the Honorable Michael E. Wiles at the Bankruptcy Court, One Bowling Green, New York, New York 10004 for **October 31, 2018 at 4:00 p.m. (ET)**, to consider the Petition (the "Recognition Hearing"). Any objections or responses to the Petition must be made pursuant to the Bankruptcy Code and the Local and Federal Rules of Bankruptcy Procedure, including, without limitation, Rule 1011 of the Federal Rules of Bankruptcy Procedure, in writing and setting forth the basis therefor. Such responses or objections, if any, must be filed electronically with (i) the Court by registered users of the Court's electronic case filing system in accordance with General Order M-242 (a copy of which may be viewed on the Court's website at www.nysb.uscourts.gov) and by all other parties-in-interest, on a 3.5 inch disc, preferably in Portable Document Format (PDF), Word Perfect or any other Windows-based word processing format, which disc shall be sent to the Office of the Clerk of the Court, One Bowling Green, New York, New York 10004- 1408, and a hard copy of such response or objection to be sent to the Chambers of the Michael E. Wiles, United States Bankruptcy Judge; and (ii) served upon: (a) Porzio, Bromberg & Newman, P.C., 156 West 56th Street, Suite 803, New York, New York 10019 (Attn: John S. Mairo), U.S. counsel for the Foreign Representative and the Debtor; (b) Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Timothy Graulich, Natasha Tsiouris and Stephen Piraino), counsel to the Indenture Trustee; and (c) Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, Delaware 19081 (Attn: Mark Collins), U.S. counsel to Dlief Drilling LLC; in each case so as to be received on or before **October 26, 2018**, **at 4:00 p.m. New York time**.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate telephonically at the Recognition Hearing must notify CourtCall by phone (866-582-6878) or by facsimile (866-533-2946) no later than 12:00 p.m. one business day prior to the hearing, provided that if a party wishes to introduce evidence or examine any witness, that party must appear in person.

**PLEASE TAKE FURTHER NOTICE** that if no objections or responses are timely filed and served as provided above, the Bankruptcy Court may grant the relief requested in the Petition without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court at such hearing of the adjourned date or dates of the hearing.

**PLEASE TAKE FURTHER NOTICE** that there will not be a claims process in connection with the Scheme.

Copies of the Petition and other filings in these cases are presently available (1) on the Bankruptcy Court's Electronic Case Filing System, which can be accessed from the Bankruptcy Court's website at https://ecf.nysb.uscourts.gov (a PACER login and a password are required to

retrieve a document), (2) on the Chapter 15 Website at https://dm.epiq11.com/S2FCSPVCh15 and/or (3) upon written request to the Foreign Representative's counsel addressed to:

PORZIO, BROMBERG & NEWMAN, P.C.
156 West 56th Street, Suite 803
New York, New York 10019
Telephone: (212) 265-6888
Facsimile: (212) 957-3983
Attention: John S. Mairo
jsmairo@pbnlaw.com

Dated: October 1, 2018  
New York, New York

Respectfully submitted,

**PORZIO, BROMBERG & NEWMAN, P.C.**

/s/John S. Mairo
John S. Mairo
Kelly D. Curtin
Sean F. Reid
156 West 56th Street, Suite 803
New York, New York 10019
Telephone: (212) 265-6888
Facsimile: (212) 957-3983
jsmairo@pbnlaw.com
kdcurtin@pbnlaw.com
sfreid@pbnlaw.com

*Attorneys for Conyers Directors (Cayman) Ltd., as Foreign Representative*

# **Exhibit 2**

# SERVICE LIST

| Claim Name | Email Address Information |
|---|---|
| CLEARSTREAM | CA_LUXEMBOURG@CLEARSTREAM.COM; CA_MANDATORY.EVENTS@CLEARSTREAM.COM |
| EUROCLEAR | DRIT@EUROCLEAR.COM |
| SIX SECURITIES SERVICES AG | CA.NOTICES@SIX-SECURITIES-SERVICES.COM |

**Total Creditor count   3**

# Exhibit 3

# SERVICE LIST

| Claim Name | Address Information | Email Address Information |
|---|---|---|
| DEPOSITORY TRUST CO. | ROBERT GIORDANO, 570 WASHINGTON BLVD, JERSEY CITY NJ, 07310 | LEGALANDTAXNOTICES@DTCC.COM; MANDATORYREORGANNOUNCEMENTS@DTCC.COM; RGIORDANO@DTCC.COM |

**Total Creditor count   1**

# **Exhibit 4**

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA SECURITIES LLC (0773) | VINCENZO RUOCCO / PROXY DEPT 222 BROADWAY 11TH FLOOR   NEW YORK NY 10038 |
| BANK OF NEW YORK MELLON (0901) | EVENT CREATION 500 GRANT STREET ROOM 151-1700   PITTSBURGH PA 15258 |
| BARCLAYS CAPITAL INC. (0229) | CORPORATE ACTIONS/REORG 745 7TH AVENUE, 3RD FLOOR    NEW YORK NY 10019 |
| CHARLES SCHWAB & CO., INC. (0164) | CHRISTINA YOUNG OR PROXY MGR 2423 EAST LINCOLN DRIVE    PHOENIX AZ 85016-1215 |
| CITIBANK, N.A. (0908) | SHERIDA SINANAN OR PROXY DEPT. 3801 CITIBANK CENTER B/3RD FLOOR/ZONE 12   TAMPA FL 33610 |
| CREDIT SUISSE (0355) | EMILY CONNORS OR PROXY DEPT. C/O REORGANIZATION DEPT. 7033 LOUIS STEPHENS DRIVE 4TH FLOOR RESEARCH TRIANGLE PARK NC 27709 |
| DESERET TRUST COMPANY – I (2497) | PROXY MGR 60 EAST SOUTH TEMPLE SUITE 400   SALT LAKE CITY UT 84111-1036 |
| DESERET TRUST COMPANY (0958) | PROXY MGR 60 EAST SOUTH TEMPLE, SUITE 800    SALT LAKE CITY UT 84111-1036 |
| FIFTH THIRD BANK THE (2116) | CARRIE POTTER OR PROXY DEPT. 5001 KINGSLEY DRIVE MAIL DROP 1M0B2D  CINCINNATI OH 45227 |
| GOLDMAN SACHS (0005/5208) | MEGHAN SULLIVAN OR PROXY DEPT 30 HUDSON STREET    JERSEY CITY NJ 07302 |
| JPMORGAN CHASE (0902/0352/1970/2467) | R. SHREIM/G. WINKELMAN OR PROXY MGR 500 STANTON CHRISTIANA ROAD, OPS 4   NEWARK DE 19713-2107 |
| JPMORGAN CHASE/JPMORGAN INTL (2035) | NORE SCARLETT OR PROXY DEPT. ADMINISTRATOR 4 NEW YORK PLAZA 13TH FLOOR NEW YORK NY 10004 |
| LPL FINANCIAL CORPORATION (0075) | CORPORATE ACTIONS 1055 LPL WAY    FORT MILL SC 29715 |
| MORGAN STANLEY & CO. (0050) | MS PROXY DEPARTMENT 1300 THAMES STREET WHARF    BALTIMORE MD 21231 |
| NORTHERN TRUST COMPANY, THE (2669) | ANDREW LUSSEN OR PROXY MGR 801 S. CANAL STREET ATTN: CAPITAL STRUCTURES-C1N   CHICAGO IL 60607 |
| PERSHING (0443) | JOSEPH LAVARA OR PROXY DEPT. 1 PERSHING PLAZA    JERSEY CITY NJ 07399 |
| RBC CAPITAL MARKETS CORPORATION (0235) | STEVE SCHAFER OR PROXY MGR 60 S 6TH ST – P09   MINNEAPOLIS MN 55402-1106 |
| STATE STREET (0997) | MIKE FEELEY/ROB RAY OR PROXY MGR CORP ACTIONS – JAB5E 1776 HERITAGE DRIVE   NORTH QUINCY MA 02171 |
| U.S. BANK N.A. (2803) | PAUL KUXHAUS OR PROXY MGR 1555 N. RIVER CENTER DRIVE SUITE 302  MILWAUKEE WI 53212 |
| UBS FINANCIAL SERVICES INC. | JANE FLOOD OR PROXY MGR 1000 HARBOR BLVD    WEENHAWKEN NJ 07086 |
| WELLS FARGO BANK NA (2027) | LORA DAHLE 550 SOUTH 4TH STREET MAC N9310-141   MINNEAPOLIS MN 55415 |
| WELLS FARGO CLEARING SERVICES LLC (0141) | MATT BUETTNER OR PROXY MGR 2801 MARKET STREET H0006-09B   ST. LOUIS MO 63103 |

**Total Creditor count   22**

# **Exhibit 5**

SCHAHIN II FINANCE COMPANY (DSF)
SERVICE LIST

| Claim Name | Email Address Information |
|---|---|
| BANK OF AMERICA | BASCORPORATEACTIONS@BOFASECURITIES.COM |
| | DRUPATTIE.RAMLAL@BAML.COM |
| | VICENZO.RUOCCO@BAML.COM |
| | VINCENZO.RUOCCO@BAML.COM |
| BANK OF MONTREAL | NBOPS.PROXY@BMO.COM |
| BARCLAYS | NYCORPACTIONS@BARCLAYS.COM |
| | RYAN.CONNORS@BARCLAYS.COM |
| | NYCORPACTIONS@BARCLAYSCAPITAL.COM |
| | NYVOLUNTARY@BARCLAYSCAPITAL.COM |
| BB&T SECURITIES | CORPORATEACTIONS@BBTSECURITIES.COM |
| BGC PARTNERS | CORPORATEACTIONS-NY@BGCPARTNERS.COM |
| BNYMELLON | BETH.STIFFLER@BNYMELLON.COM |
| | DATAPOINTCORPORATEACTIONS@BNYMELLON.COM |
| | PGHEVENTCREATION@BNYMELLON.COM |
| | SCLW@BNYMELLON.COM |
| BROADRIDGE | MANDATORYTEAM@BROADRIDGE.COM |
| | VOLUNTARYTEAM@BROADRIDGE.COM |
| BROWN BROTHER HARRIMAN | EDWIN.ORTIZ@BBH.COM |
| | JENNY.FENG@BBH.COM |
| | LIAN.ODONNELL@BBH.COM |
| | MAVIS.LUQUE@BBH.COM |
| | MICHELLE.CARABALLO@BBH.COM |
| | NJ.MANDATORY.INBOX@BBH.COM |
| | PAUL.NONNON@BBH.COM |
| | SEAN.IMHOF@BBH.COM |
| CANTOR | ANTHONYROYE@CANTOR.COM |
| CHARLES SCHWAB | PHXMCBR@SCHWAB.COM |
| | VOLUNTARYSETUP@SCHWAB.COM |
| CITI BANK | CITIPROXYUSA@CITI.COM |
| | DARYL.SLATER@CITI.COM |
| | GTS.CAEC.TPA@CITI.COM |
| COMERICA | MAKADETS@COMERICA.COM |
| CREDIT-SUISSE | ASSET.SERVNOTIFICATION@CREDIT-SUISSE.COM |
| | LIST.AMNYCACTIONFIXED@CREDIT-SUISSE.COM |

| Claim Name | Email Address Information |
|---|---|
|  | LIST.NYEVTINTGRP@CREDIT-SUISSE.COM |
| DESERET TRUST | DTC-CORP-ACTIONS@DESERETTRUST.COM |
| DEUTSCHE BANK | JAX.PROXYDEPT@DB.COM |
|  | JAXCA.NOTIFICATIONS@DB.COM |
|  | PROXY.MUMBAI@DB.COM |
| FIDELITY | LISA.GANESH@FMR.COM |
|  | PAUL.BRANAGAN@FMR.COM |
|  | PAUL.GALENO@FMR.COM |
|  | RALPH.ELIA@FMR.COM |
|  | REORGVOLUNTARIESDEPT@FMR.COM |
|  | YENITH.CASTELLANO@FMR.COM |
| FIFTH THIRD BANK | CARRIE.POTTER@53.COM |
|  | LOLA.WALKER@53.COM |
| FIRST CLEARING | CAV@FIRSTCLEARING.COM |
| GOLDMAN SACHS | DANIEL.MATHEWS@GS.COM |
|  | GS-AS-NY-PROXY@EMAIL.GS.COM |
|  | GS-AS-NY-PROXY@NY.EMAIL.GS.COM |
|  | MEGHAN.SULLIVAN@GS.COM |
|  | NEWYORKANNHUB@NY.EMAIL.GS.COM |
| INTERACTIVE BROKERS | BANKRUPTCY@INTERACTIVEBROKERS.COM |
|  | PROXY@IBKR.COM |
|  | IBCORPACTIONS@INTERACTIVEBROKERS.COM |
| INVESHARE | REORG@INVESHARE.COM |
| JPMORGAN | ADRIANA.S.LARAMORE@JPMORGAN.COM |
|  | CHRISTIAN.GARCIA@JPMORGAN.COM |
|  | FICA.DE@JPMORGAN.COM |
|  | HOAN.K.BUI@JPMORGAN.COM |
|  | IB_DOMESTIC_VOLUNTARY_CORPORATE_ACTIONS@JPMORGAN.COM |
|  | IBDVR.MATERIALS@JPMORGAN.COM |
|  | IB-PROXY-SERVICES@JPMORGAN.COM |
|  | INTL.CRCSU@JPMORGAN.COM |
|  | JPMORGANINFORMATION.SERVICES@JPMORGAN.COM |
|  | JPMS.PROXY.VOTING@JPMORGAN.COM |
|  | PRIMECORPORATEACTIONS@JPMORGAN.COM |

# SERVICE LIST

| Claim Name | Email Address Information |
|---|---|
| LEGENT CLEARING | CORPORATE.ACTION@LEGENTCLEARING.COM |
| LPL FINANCIAL | CORPORATE.ACTION@LPL.COM |
| | JENNIFER.MICHALEK@LPL.COM |
| MARKIT | MK-MCAINFOAGENTSPROSPECTUS@MARKIT.COM |
| MEDIANT | DOCUMENTS@MEDIANTONLINE.COM |
| MERRILL LYNCH | CPACTIONSLITIGATION@ML.COM |
| MORGAN STANLEY | DEALSETUP@MORGANSTANLEY.COM |
| | JOHN.FALCO@MORGANSTANLEY.COM |
| | NA-VOLUNTARY@MORGANSTANLEY.COM |
| | PROXY.BALT@MS.COM |
| | ROBERT.CREGAN@MORGANSTANLEY.COM |
| | VOLUNTARY.PROCESSING@MS.COM |
| NORTHERN TRUST | CS_NOTIFICATIONS@NTRS.COM |
| | ROV@NTRS.COM |
| | RSW3@NTRS.COM |
| OPCO | REORG@OPCO.COM |
| PERSHING | DSKIBINSKY@PERSHING.COM |
| | JESSICA.SNYDER@PERSHING.COM |
| | VOLUNTARYANDSETUPS@PERSHING.COM |
| PNC | CASPR@PNC.COM |
| RBC | MNREORGNOTICES@RBC.COM |
| | RBCWM-PROXYNOTIFICATIONS@RBC.COM |
| | STEVE.SCHAFER@RBC.COM |
| RELICO | DDUNN@RELICO.COM |
| RIDGECLEARING | ROBERT.BISHOP@RIDGECLEARING.COM |
| | STEVE.SPECTOR@RIDGECLEARING.COM |
| | VOLUNTARYTEAM@RIDGECLEARING.COM |
| SEI INVESTMENTS COMPANY | STCCORPACTIONS@SEIC.COM |
| STATESTREET | BEPEREZ@STATESTREET.COM |
| | CHART@STATESTREET.COM |
| | EPIETSCH@STATESTREET.COM |
| | JOHN.ASHTON@STATESTREET.COM |
| | RJRAY@STATESTREET.COM |
| | STATESTREETPROXYOPS@STATESTREET.COM |

| Claim Name | Email Address Information |
|---|---|
|  | USCARESEARCH@STATESTREET.COM |
| STIFEL | MCINTOSHC@STIFEL.COM |
|  | WIEGANDC@STIFEL.COM |
| STOCKCROSS | ELEANOR.PIMENTEL@STOCKCROSS.COM |
| TDAMERITRADE | REORG.NEWS@TDAMERITRADE.COM |
| UBS | JANE.FLOOD@UBS.COM |
|  | MICHAEL.MARCIANO@UBS.COM |
|  | OL-EVENTMANAGEMENT@UBS.COM |
| USBANK | ANDY.BECKER@USBANK.COM |
|  | PAUL.KUXHAUS@USBANK.COM |
| WELLSFARGO | DIANA.M.JONES@WELLSFARGO.COM |
|  | MANDATORYCORPORATEACTIONS@WELLSFARGO.COM |
|  | NICOLE.D.WOITAS@WELLSFARGO.COM |
|  | TRUSTCORPORATEACTIONS@WELLSFARGO.COM |
|  | VOLUNTARYCORPORATEACTIONS@WELLSFARGO.COM |

**Total Creditor count   117**

# **Exhibit 6**

# SCHAHIN II FINANCE COMPANY (DSF)
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BROADRIDGE | JOBS: N24533 & N24534, 51 MERCEDES WAY, EDGEWOOD NY, 11717 |
| MEDIANT COMMUNICATIONS | CUSIPS 80629QAA3 & G785ARAA6, STEPHANY HERNANDEZ, 100 DEMAREST DRIVE, WAYNE NJ, 07470 |

**Total Creditor count  2**